AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
9:41 am May 12 2020
Clerk U.S. District Court
Northern District of Ohio
Akron

| | |
|---|---|
| United States of America<br>v.<br><br>Christian Stanley Ferguson<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 5:20mj1155 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 3, 2020__ in the county of __Summit__ in the
__Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1201(a)(2) and (5) and (d) | Attempted Kidnapping |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kirk J. Dirker, Special Agent/FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Crim.Rules.4.1: 41(d)(3)

Date: 5/12/2020

City and state: Akron, Ohio

Kathleen B. Burke, U.S. Magistrate Judge