

MP-Saalouke
5850 Landerbrook Drive, Suite 301
Mayfield Heights, OH  44124

Note Author: Zane Saalouke MD

CHRISTIAN FERGUSON
DOB:
MRN:
Visit Date: 01/05/2017

**Chief Complaint**

**History of Present Illness**

**Review of Systems**

**Active Problems**
- 
- 
- Allergic reaction to food, initial encounter (V15.05) (T78.1XXA)
- Allergic rhinitis (477.9) (J30.9)
- Allergic urticaria due to ingested food (708.0) (L50.0)
- Gynecomastia (611.1) (N62)
- Nail abnormalities (703.9) (L60.9)
- 
- Tree nut allergy (V15.05) (Z91.018)

1 of 4

**DEFENDANT'S EXHIBIT A-1**



- Vitamin D deficiency (268.9) (E55.9)

**Past Medical History**
- History of Acute asthma (493.90) (J45.909)
- History of Acute asthma exacerbation (493.92) (J45.901)
- ████
- ████
- ████
- ████
- ████
- ████
- ████
- ████
- History of acute sinusitis (V12.69) (Z87.09)
- ████
- History of pneumonia (V12.61) (Z87.01)
- ████
- ████
- ████
- ████
- ████

**Surgical History**
- ████

**Family History**
  **Mother**
- ████
- ████
- ████
- ████
- ████

  **Father**
- ████

  **Brother**
- ████

**Social History**
- ████
- ████
- ████
- ████

**Allergies**

**DEFENDANT'S EXHIBIT A-2**

Patient: **CHRISTIAN FERGUSON**  
DOB: **01/02/2000**

Visit Date: **01/05/2017**  
MRN: **02484354**

- No Known Drug Allergies
    Recorded By: McKenney, Heather; 09/17/2013 4:47:05 PM
- Nuts
    Recorded By: Saalouke, Zane; 09/17/2013 4:56:55 PM

### Current Meds

- EpiPen 2-Pak 0.3 MG/0.3ML Injection Solution Auto-injector; INJECT 0.3ML INTRAMUSCULARLY AS DIRECTED;
    Therapy: 17Oct2016 to (Last Rx:17Oct2016)  Requested for: 17Oct2016 Ordered
      Rx By: Kerns, Leigh; Dispense: 0 Days ; #:2 X 2 Solution Auto-injector Pen; Refill: 2;For: Allergic reaction to food, initial encounter, Tree nut allergy; DAW = N; Verified Transmission to CVS/PHARMACY #3032; Last Updated By: System, SureScripts; 10/17/2016 2:18:04 PM

### Vitals
Vital Signs

|  | Recorded: 05Jan2017 10:26AM |
|---|---|
| Systolic | ■ |
| Diastolic | ■ |
| Temperature | ■ |
| Height | ■ |
| Weight | ■ |
| BMI Calculated | ■ |
| BSA Calculated | ■ |
| BMI Percentile | ■ |
| 2-20 Stature Percentile | ■ |
| 2-20 Weight Percentile | ■ |

### Physical Exam

### Diagnoses/Problems

### Orders
**Aggression, Conduct disorder, childhood-onset type**

3 of 4

**DEFENDANT'S EXHIBIT A-3**