IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20CR262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMAN OLIVER, JR. |
| v. | ) | |
| | ) | |
| CHRISTIAN FERGUSON, | ) | |
| | ) | GOVERNMENT'S MOTION FOR LEAVE |
| Defendant. | ) | TO FILE UNDER SEAL |

The United States of America, by and through the undersigned counsel, respectfully moves the Court for leave to file its Motion *in Limine* under seal. The government's Motion describes two individuals that will be referenced to during the United States case-in-chief. Due to concerns for the safety and security of the two individuals, in an abundance of caution, the government seeks leave to file its Motion with the Court under seal.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney

By:   /s/ *Duncan T. Brown*
        Duncan T. Brown (NY: 3982931)
        Jerome T. Teresinski (PA: 66235)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3933/3658
        (216) 522-8355(facsimile)
        Duncan.Brown@usdoj.gov
        Jerome.Teresinski2@usdoj.gov