AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF Ohio

United States of America

v.

Christian Ferguson

**EXHIBIT AND WITNESS LIST**

Case Number: 5:20cr262

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Solomon Oliver, Jr. | D. Brown; J. Teresinski | J. Ricotta |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 5/3/2021 - 5/5/2021 | Donnalee Cotone | Sharon Romito |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/4 | | | Witness Ryan M. Taylor |
| ✓ | | 5/4 | ✓ | ✓ | Exhibits 100-130 |
| ✓ | | 5/4 | ✓ | ✓ | Exhibits 1-6, 10-12 |
| ✓ | | 5/4 | | | Witness "Steve" |
| ✓ | | 5/4 | | | Witness - U.S. Park Ranger Angela Budd |
| ✓ | | 5/4 | | | Witness - S.A. Kirk Dirker |
| ✓ | | 5/4 | ✓ | ✓ | Exhibits 200-203 (and 200a, 201a, 202a) |
| ✓ | | 5/4 | ✓ | ✓ | Exhibits 206-233 (and 206a-233a) |
| ✓ | | 5/5 | ✓ | ✓ | Exhibits 301, 303-311 |
| ✓ | | 5/5 | | | Witness S.A. Peter Mauro |
| | | | | | |
| | | | | | All exhibits formally admitted 5/5/21 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages