UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:20 CR 262 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CHRISTIAN FERGUSON, | ) ) | |
| Defendant | ) | **COUNT 1 / VERDICT FORM** |

We, the jury, unanimously find the following:

With respect to the charge in Count 1 of the indictment for Attempted Kidnapping, in violation of 18 U.S.C. §§ 1201(a)(2) and (d), we find the defendant, CHRISTIAN FERGUSON:

Guilty __X__      Not Guilty _____

Each of us jurors concurring in said verdict signs his/her name hereto on this __7th__ day of May, 2021.

_____
FOREPERSON

[Juror signatures redacted]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:20 CR 262 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CHRISTIAN FERGUSON, | ) ) | |
| Defendant | ) | **COUNT 2 / VERDICT FORM** |

We, the jury, unanimously find the following:

With respect to the charge in Count 2 of the indictment for Attempted Kidnapping, in violation of 18 U.S.C. §§ 1201(a)(5) and (d), we find the defendant, CHRISTIAN FERGUSON:

Guilty __X__     Not Guilty _____

Each of us jurors concurring in said verdict signs his/her name hereto on this __7__ day of May, 2021

FOREPERSON