Count 1:

Specifically states "Christian Ferguson did Attempt to unlawfully...."

The explanation underneath this states

A) First, the defendant intended to seize

Our confusion is centered on

"Attempt" vs "Intended"

which should we be using?

As Instructions 12 and 13 specify, the crime of attempted kidnapping has two elements. It requires both that the defendant (A) intended to commit the crime of kidnapping and (B) performed an act that constituted a substantial step toward committing the crime of kidnapping.



① Does count A+B of count 1 have to be the same?

② Same for count 2?

Guilty on Both counts A+B (or Parts)
OR
Not Guilty → Can A Be different from B

*[signature]*

Instruction 12(1)(A) states that the crime of attempted kidnapping requires that the defendant intended to commit the crime of kidnapping. Instruction 12(1)(B) states that the crime of attempted kidnapping also requires that the defendant performed an act that constituted a substantial step toward committing the crime of kidnapping.

The same is true for Instructions 13(1)(A) and 13(1)(B), respectively.   *Judge Solomon Oliver*



EXHIBIT "C"

> PleASE clARify "ON OR About"
> pAge 17. The lAst liNE stAtes
> "ReAsoNAbly close to thAt dAte"
>
> DOES A specific DAte
> hAVE to be specified?
>
> *[signature]*

Instruction 14 means that if the indictment specifies that a crime occurred "on or about" a specific date, then the crime must have occurred reasonably close to that date. Beyond this, the court urges you to read the Jury Instructions as a whole to answer any further questions you have in this regard.

*Judge Solomon Oliver Jr.*

EXHIBIT "B"