IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20CR262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| CHRISTIAN FERGUSON, | ) | |
| | ) | GOVERNMENT'S MOTION FOR LEAVE |
| Defendant. | ) | TO FILE UNDER SEAL |

The United States of America, by and through the undersigned counsel, respectfully moves the Court for leave to file its sentencing memorandum and attached exhibits as to Defendant Christian Ferguson under seal. The government's memorandum describes and attaches information about a threat and contain personal identifying information in the exhibits. The government believes that redaction would still provide enough general information to identify the victim. In an abundance of caution, the government seeks leave to file its memorandum with the Court under seal.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:  /s/ Duncan T. Brown
Duncan T. Brown (NY: 3982931)
Jerome J. Teresinski (PA: 66235)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3933/3658
(216) 522-8355 (facsimile)
Duncan.Brown@usdoj.gov
Jerome.Teresinski2@usdoj.gov