IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20CR262 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

The Unites States of America, by and through counsel, Bridget M. Brennan, Acting

United States Attorney, Duncan T. Brown and Jerome J. Teresinski, Assistant United States

Attorneys, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this

Court's Judgment dated August 30, 2021 (R. 56: Judgment, Page ID# 370-376).

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:  /s/ Duncan T. Brown
Duncan T. Brown (NY: 3982931)
Jerome J. Teresinski (PA: 66235)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3933/3658
(216) 522-8355 (facsimile)
Duncan.Brown@usdoj.gov
Jerome.Teresinski2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2021, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's filing system.

/s/ Duncan T. Brown
Duncan T. Brown
Assistant U.S. Attorney