363

1                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF OHIO
2                              EASTERN DIVISION

3       ------------------------------X
        UNITED STATES OF AMERICA,      :    Case No. 5:20-cr-00262
4                                      :    Cleveland, Ohio
                   Plaintiff,          :
5                                      :    Thursday, May 6, 2021
             v.                        :    3:36 p.m.
6                                      :
        CHRISTIAN FERGUSON,            :    **VOLUME 3 – JURY TRIAL**
7                                      :    *(Pages 363 - 369)*
                   Defendant.          :
8       ------------------------------X

9

10

11                   TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12            BEFORE THE HONORABLE SOLOMON OLIVER, JR.

13              SENIOR UNITED STATES DISTRICT JUDGE

14

15

16
        Court Reporter:            Donnalee Cotone, RMR, CRR, CRC
17                                 Realtime Systems Administrator
                                   United States District Court
18                                 801 West Superior Avenue
                                   Court Reporters 7-189
19                                 Cleveland, Ohio 44113
                                   216-357-7078
20                                 donnalee_cotone@ohnd.uscourts.gov

21

22

23

24      Proceedings recorded by mechanical stenography, transcript

25      produced by computer-aided transcription.

364

```
1    APPEARANCES:

2

3    For the Government:      DUNCAN T. BROWN

4                            JEROME J. TERESINSKI

5                            Assistant United States Attorney

6                            801 West Superior Avenue

7                            Suite 400

8                            Cleveland, Ohio 44113

9                            216-622-3600

10                           duncan.brown@usdoj.gov

11                           Jerome.Teresinski2@Usdoj.Gov

12

13

14   For the Defendant:      JOHN J. RICOTTA, ESQ.

15                           910 IMG Center

16                           1360 East Ninth Street

17                           Cleveland, Ohio 44114

18                           216-241-0715

19                           jjricotta@aol.com

20

21   ALSO PRESENT:           Kurt Dirker, FBI Special Agent

22

23

24

25
```

365

1                         **I N D E X**

2                                                            **PAGE**

3        APPEARANCES........................................ 364

4        INSTRUCTION TO JURY BY THE COURT................... 366

5        CERTIFICATE........................................ 369

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|  | 1 | AFTERNOON SESSION, THURSDAY, MAY 6, 2021 |

1    AFTERNOON SESSION, THURSDAY, MAY 6, 2021

2              (Proceedings reconvened at 3:36 p.m.)

3                        - - -

4              THE COURT:  Good afternoon.

15:47:06  5    JURORS AND COUNSEL EN MASSE:  Good afternoon.

6              THE COURT:  All right.  I know, jurors, that

7    you've been hard at work since yesterday afternoon, and I

8    know you've been working hard today.  I was glad we were

9    able to get you some lunch.  It may not be the gourmet style

15:47:23 10   that some of you are used to, but at least it serves the

11   purpose.  And I was also happy that they could get you

12   something for breakfast because that's what we normally do.

13   And I told you before that because the cafeteria was shut

14   down here, we were kind of stymied in that regard.

15:47:42 15       But I got your note.  You know, we got your three

16   notes yesterday.  It took us a little time to get back to

17   you because what I do when I get a note is I get in touch

18   with the lawyers, and we discuss it, and then I determine

19   what I should send you back -- send back to you.  So that's

15:47:59 20   why I took a little bit yesterday.

21       Then I received your note this afternoon, and it took

22   a little time to bring you out because I had to get the

23   lawyers in and assemble them and the defendant and make sure

24   everybody was here.  And so we've been able to do that.

15:48:16 25       Your last note said, "We were unable to come to a

1       decision," and, obviously, I respect and appreciate that.

2               We do have an instruction we give sometimes when we

3       get a note such as yours, and I've talked to the lawyers and

4       decided to give you further instruction.  And so I'll do

15:48:41 5       that.

6               I want you to pay close attention to the instruction,

7       all of it, but I think that it's important that I give this

8       instruction to you now.

9               You -- the case was about -- well some portion of

15:48:58 10      three days, but really about two days or so.  You've been

11      deliberating for, oh, a little more than a day.  Not a real

12      long time, but it's been some time, given the fact the case

13      was only three days long.

14              So we're going to go at it again for a bit here, and

15:49:21 15      I'll give you this verbatim because this is what the lawyers

16      and I agreed upon.

17              So, members of the jury, I am going to ask you to

18      return to the jury room and deliberate further.  I'll add

19      parenthetically, as I said before, this is not unusual.  I

15:49:43 20      realize that you're having some difficulty reaching a

21      unanimous agreement.  That is, as I said, not unusual.  And

22      sometimes, after furtherer discussion, jurors are able to

23      work out their differences and agree.

24              Please keep in mind how very important it is for you

15:49:58 25      to reach unanimous agreement.  If you cannot agree, and if

1    the case is tried again, there is no reason to believe that

2    any new evidence will be presented or that the next twelve

3    jurors will be any more conscientious and impartial than you

4    are.

15:50:15  5        So let me remind you that it is your duty as jurors to

6    talk with each other about the case -- I know you've been

7    doing that -- to listen carefully and respectfully to each

8    other's views and to keep an open mind as you listen to what

9    your fellow jurors have to say.

15:50:31 10        And let me remind you that it is your duty to make

11   every reasonable effort you can to reach unanimous

12   agreement.  Each of you, whether you are in the majority or

13   minority, ought to seriously reconsider your position in

14   light of the fact that other jurors, who are just as

15:50:47 15   conscientious and impartial as you are, have come to a

16   different conclusion.

17        Those of you who believe that the Government has

18   proved the defendant guilty beyond a reasonable doubt should

19   stop, ask yourselves if the evidence is really convincing

15:51:00 20   enough, given that other members of the jury are not

21   convinced.

22        And those of you who believe that the Government has

23   not proved the defendant beyond a reasonable doubt should

24   stop and ask ourselves if the doubt you have is a reasonable

15:51:11 25   one, given that other members of the jury do not share your

1    doubt.

2         None of you should hesitate to change your mind if,

3    after reconsidering things, you are convinced that other

4    jurors are right and your original position was wrong.

15:51:23 5    But remember this:  Do not ever change your mind just

6    because other jurors see things differently or just to get

7    the case over with.  As I told you before, in the end, your

8    vote must be exactly that - your own vote.  As important as

9    it is for you to reach unanimous agreement, it is just as

15:51:45 10   important that you do so honestly and in good conscience.

11        What I've said is not meant to rush or pressure you

12   into agreeing on a verdict.  Take as much time as you need

13   to discuss things.  There's no hurry.

14        So I am going to ask you now to return to the jury

15:52:08 15   room and resume your deliberations.

16        You may do so now.

17             MR. BROWN:  Thank you, Your Honor.

18             MR. RICOTTA:  Thank you, Your Honor.

19             THE COURT:  All right.

15:53:35 20        (The Jury retired to continue deliberations.)

21        (Proceedings in recess at 3:53 p.m. )

22                   **C E R T I F I C A T E**

23        I certify that the foregoing is a correct transcript
     from the record of proceedings in the above-entitled matter.
24
     */s/ Donnalee Cotone* _____*22nd of December, 2021*__
25   DONNALEE COTONE, RMR, CRR, CRC