# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 21-3800

Filed: May 12, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

5:20cr262 - SO

CHRISTIAN FERGUSON

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/20/2023 the mandate for this case hereby issues today. Reversed

COSTS: None